REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | Under Seal: Yes ☒  No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | FILED AUG 21 2025 |
| | R 20/R 40 from District of _____ . | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

### Defendant Information:

| Juvenile: Yes ☐  No ☒ | FBI#: | | STATE ID#: | |
|---|---|---|---|---|
| Defendant Name: Rodney Demetrius Thornton | | Alias Name(s): Arod | | |
| Address: Norfolk, VA | | | | |
| Birth Date: 1986 | SS#: xxx-xx-5931 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
| Height: 5'11" | Weight: lbs | Hair: Brown | Eyes: Brown | Scars/Tattoos: | |
| Interpreter: Yes ☐  No ☒ | List Language and/or dialect: | | | | |

### Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of _____ in _____ | | |
| ☒ Already in State Custody: Norfolk | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | |
| | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

### Complainant Agency, Address & Phone Number or Person & Title:

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 5, 11 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 17, 23 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | FILED AUG 2 1 2025 |
| | R 20/R 40 from District of _____ . | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | STATE ID#: |
|---|---|---|

Defendant Name: Steven Carter Jones, III     Alias Name(s): "Wild" and "Wildboy"
Address: Norfolk, VA

| Birth Date: 1993 | SS#: xxx-xx-6350 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
|---|---|---|---|---|---|
| Height: 6'2" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

### Location Status:

Arrest Date:

| ☐ Already in Federal Custody as of _____ in _____ | | |
|---|---|---|
| ☐ Already in State Custody: | ☒ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | |
| | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 6, 8-9 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 18, 20-21 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

**REDACTED**

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: FILED |
| | Search Warrant Case Number: | AUG 21 2025 |
| | R 20/R 40 from District of _____. | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | STATE ID#: |
|---|---|---|---|
| Defendant Name: Jamaica Lavonta Sumner | | Alias Name(s): "Fatty" | |
| Address: Norfolk, VA | | | |
| Birth Date: 1999 | SS#: xxx-xx-1816 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
| Height: 5'11" | Weight: lbs. | Hair: Brown | Eyes: Brown | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

### Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of ____ in ____ | |
| ☐ Already in State Custody: | ☒ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | |
| | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 2, 12, 14 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 24 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)
# Criminal Case Cover Sheet
U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ . | |

FILED AUG 21 2025 CLERK, U.S. DISTRICT COURT NORFOLK, VA

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | STATE ID#: | |
|---|---|---|---|---|
| Defendant Name: Troy Lee Davis, III | | Alias Name(s): "T-Roy" "Fatt Boy" "Troy" | | |
| Address: 5503 Bound Brook Court, Virginia Beach, VA 23462 | | | | |
| Birth Date: 2000 | SS#: xxx-xx-4323 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
| Height: 5'6" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of _____ in _____ | | |
| ☐ Already in State Custody: | ☒ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

### Complainant Agency, Address & Phone Number or Person & Title:
SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 5, 11, 13 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 17, 23 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | FILED |
| | R 20/R 40 from District of _____ | AUG 21 2025 |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: 3PKA3M5K6 | STATE ID#: VA2614385K, GA5005153A |
|---|---|---|
| Defendant Name: Laterrance Parker, Jr. | | Alias Name(s): "TJ" "Jizz" "Jizzle" and "Dadon" |
| Address: Virginia Beach, VA | | |

| Birth Date: 2001 | SS#: xxx-xx-9410 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
|---|---|---|---|---|---|
| Height: 5' 10" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒ List Language and/or dialect:

### Location Status:

Arrest Date:

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody:    ☒ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 4, 8 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 16, 20 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                              U.S. District Court

| Place of Offense: | Under Seal: Yes ☒  No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | FILED AUG 21 2025 |
| | R 20/R 40 from District of _____ . | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

## Defendant Information:

| Juvenile: Yes ☐  No ☒ | FBI#: | | STATE ID#: | |
|---|---|---|---|---|
| Defendant Name: Jordan Pugh | | Alias Name(s): "Lil T" | | |
| Address: Norfolk, VA | | | | |
| Birth Date: 1991 | SS#: xxx-xx-9376 | Sex: Male | Race: Black | Nationality: USA | Place of Birth: Portsmouth, VA |
| Height: 5'6" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |
| Interpreter: Yes ☐  No ☒ | List Language and/or dialect: | | | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of _____ in _____ | | |
| ☐ Already in State Custody: | ☒ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

### Complainant Agency, Address & Phone Number or Person & Title:

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dhs

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 3, 4, 7, 10 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 15, 16, 19, 22 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: FILED |
| | Search Warrant Case Number: | AUG 21 2025 |
| | R 20/R 40 from District of _____ . | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | STATE ID#: |
|---|---|---|---|
| Defendant Name: Lois Irene Staton | | Alias Name(s): "Low Ball" "Kelly" | |
| Address: Norfolk, VA | | | |
| Birth Date: 1993 | SS#: xxx-xx-1845 | Sex: Female | Race: Black | Nationality: USA | Place of Birth: Norfolk, VA |
| Height: 5'7" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: Scar below nose |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of ____ in ____ | |
| ☐ Already in State Custody: | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                                                  U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

FILED AUG 21 2025 CLERK, U.S. DISTRICT COURT NORFOLK, VA

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | | STATE ID#: |
|---|---|---|---|
| Defendant Name: Joy Davis | | Alias Name(s): "Joy Case" | |
| Address: Norfolk, VA | | | |
| Birth Date: 1978 | SS#: xxx-xx-2582 | Sex: Female | Race: Black | Nationality: USA | Place of Birth: California |
| Height: 5'4" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: | |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | | |

### Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of ___ in ___ | | |
| ☐ Already in State Custody: | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | |
| | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 3-4 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 15, 16 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                                                                        U.S. District Court

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
|  | Magistrate Judge Case Number: | Arraignment Date: |
|  | Search Warrant Case Number: | FILED AUG 2 1 2025 |
|  | R 20/R 40 from District of _____ . | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: | STATE ID#: |
|---|---|---|
| Defendant Name: Persia Brown |  | Alias Name(s): "Alexis James" "Kendall White" "Kendal J" |
| Address: Virginia Beach, VA | | |

| Birth Date: 2001 | SS#: xxx-xx-3705 | Sex: Female | Race: Black | Nationality: USA | Place of Birth: |
|---|---|---|---|---|---|
| Height: 5' 0" | Weight: lbs. | Hair: Black | Eyes: brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒ | List Language and/or dialect:

### Location Status:

Arrest Date:

| ☐ Already in Federal Custody as of ____ in ____ |
| ☐ Already in State Custody: | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
|  | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

### Complainant Agency, Address & Phone Number or Person & Title:

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 6, 8-9 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 18, 20-21 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: No | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: N/A | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | FILED |
| | R 20/R 40 from District of _____ . | AUG 21 2025 |
| | | CLERK, U.S. DISTRICT COURT NORFOLK, VA |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI#: | STATE ID#: |
|---|---|---|
| Defendant Name: Andrea Holley | Alias Name(s): "Lola" | |
| Address: Norfolk, VA | | |
| Birth Date: 1995 | SS#: xxx-xx-7678 | Sex: Female | Race: Black | Nationality: USA | Place of Birth: Portsmouth, VA |
| Height: 5'2" | Weight: lbs. | Hair: Black | Eyes: Brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | |

**Location Status:**

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of ___ in ___ | | |
| ☐ Already in State Custody: | ☒ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Clayton LaForge | Telephone No. 757-441-6331 | VA Bar #: 84075 |
|---|---|---|
| SAUSA: Jeremy McKinnon | Telephone No. 757-441-6331 | CA Bar #: 336424 |

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Robert Dyer, U.S. Secret Service Norfolk, 202.538.9575 Robert.dyer@usss.dh

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire and Bank Fraud | 1 | Felony |
| Set 2 | 18 USC 1343 & 2 | Wire Fraud | 3-4 | Felony |
| Set 3 | 18 USC 1344 & 2 | Bank Fraud | 15-16 | Felony |
| Set 4 | 18 USC 1956(h) | Conspiracy to Launder Money | 25 | Felony |